2022R00404/CYZ

FILED
JAN 11 2024
AT 8:30 4:07PM M
CLERK, U.S. DISTRICT COURT - DNJ

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. (MCA) |
| | : | |
| v. | : | Crim. No. 24-26 |
| | : | |
| CHRISTOPHER M. CODIO | : | 21 U.S.C. §§ 841(a)(1) and |
| | : | (b)(1)(C) |

## INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

On or about April 28, 2022, in Bergen County, in the District of New Jersey, and elsewhere, the defendant,

**CHRISTOPHER M. CODIO,**

did knowingly and intentionally possess with intent to distribute methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION

As a result of committing the controlled substance offense in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) charged in this Indictment, the defendant,

**CHRISTOPHER M. CODIO,**

shall forfeit to the United States of America, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the said offense, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses alleged in this Indictment.

## SUBSTITUTE ASSETS PROVISION

If any of the property described above, as a result of any act or omission of the defendant:

a)  cannot be located upon the exercise of due diligence;

b)  has been transferred or sold to, or deposited with, a third party;

c)  has been placed beyond the jurisdiction of the court;

d)  has been substantially diminished in value; or

e)  has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b) and Title 28, United States Code, Section 2461(c), to forfeiture of any other property of the defendant up to the value of the above-described forfeitable property.

A TRUE BILL

FOREPERSON

*Philip R. Sellinger*
PHILIP R. SELLINGER
United States Attorney

CASE NUMBER: ___24-CR-26(MCA)___

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

CHRISTOPHER M. CODIO

## INDICTMENT FOR

21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

A True Bill,



Foreperson

PHILIP R. SELLINGER
UNITED STATES ATTORNEY
FOR THE DISTRICT OF NEW JERSEY

CHANA ZUCKIER
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2859